AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| Agent: | BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Jose PONCE-SAAVEDRA

Case No.  Case: 2:25−mj−30627
Assigned To : Unassigned
Assign. Date : 10/6/2025
Description: CMP USA V. JOSE
PONCE−SAAVEDRA (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 28, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a)(1) | Assaulting, Resisting, or Impeding Border Patrol Officer |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Michael Everson, BPA
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 6, 2025

City and state:  Detroit, MI

_Judge's signature_

Elizabeth Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Jose PONCE-SAAVEDRA, which reveals the following:

2. PONCE-SAAVEDRA is a fifty-four-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about February 14, 2009, PONCE-SAAVEDRA was arrested by police in Mountain View, California for Failure to Yield to police and Driving without a License. Disposition unknown.

4. On or about October 18, 2009, PONCE-SAAVEDRA was arrested by police in San Jose, California, for Resisting Public Officer, Driving Under the Influence (DUI), and Driving without a License. On December 17, 2009, he was convicted of DUI and Driving without a License. He was sentenced to 10 days' imprisonment and 3 years' probation.

5. On September 28, 2025, Detroit Border Patrol Agents encountered PONCE-SAAVEDRA following a request by Michigan State Police (MSP) to assist with identifying a subject. PONCE-SAAVEDRA was pulled over near Beech Daly Road and I-96 in Redford, MI, by MSP for driving at excessive speeds. After being pulled over, the MSP Officer stated that PONCE-SAAVEDRA presented him with a Mexican identification card and only spoke Spanish to him.

6. A Border Patrol Agent (BPA) arrived on scene, and the MSP Trooper explained his encounter with PONCE-SAAVEDRA. The Mexican identification presented by PONCE-SAAVEDRA was inspected by the BPA and was called into dispatch for record checks based on the name and date of

birth. No record came back from PONCE-SAAVEDRA's information. The BPA approached PONCE-SAAVEDRA's vehicle to question him about his immigration status. The BPA identified himself as a United States Border Patrol Agent in the Spanish language and questioned PONCE-SAAVEDRA about his citizenship. PONCE-SAAVEDRA responded that he was born in Mexico. BPA asked PONCE-SAAVEDRA if he had any documentation that would allow him to enter and/or remain the United States. PONCE-SAAVEDRA responded in English "I don't have to talk with you, mother f--ker".

7. The BPA then asked PONCE-SAAVEDRA to exit the vehicle. PONCE-SAAVEDRA refused and said, "I'm not getting out, mother f - -ker". The BPA asked him to exit the vehicle for a second time without any response from PONCE-SAAVEDRA. The BPA attempted to assist PONCE-SAAVEDRA out of the vehicle by pulling his arm to prompt him to exit the vehicle. PONCE-SAAVEDRA pulled back his arm and extended his body across the front seat while lodging his arm between the front seats to use as leverage as he continued to resist exiting the vehicle. The BPA continued attempting to extract PONCE-SAAVEDRA out from the driver's side of the vehicle and with the assistance of the MSP Trooper pushing from the passenger side of the vehicle, they were able to pull PONCE-SAAVEDRA out of the driver's side door.

8. While PONCE-SAAVEDRA was exiting the driver's side door, he physically assaulted the Border Patrol Agent by punching him in his lower abdomen. Both the BPA and MSP Trooper were able to get PONCE-SAAVEDRA in hand cuffs and into the Border Patrol unit to be transported to the Detroit Border Patrol Station.

9. Jose PONCE-SAAVEDRA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that PONCE-SAAVEDRA has never legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States. He was processed for Notice to Appear and referred for prosecution for assaulting, resisting or impeding a federal agent, in violation of 18 USC §111(a)(1).

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357,

1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Based on the above information, I believe there is probable cause to conclude that on September 28, 2025, in the Eastern District of Michigan, Southern Division, Jose PONCE-SAAVEDRA, did knowingly forcibly assault, resist, oppose, impede, intimidate and interfere with a Border Patrol Agent, who is designated in 18 U.S.C. Section 1114, as an officer or employee of the United States or any agency in any branch of the United States Government, while he was engaged in or on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth Stafford
United States Magistrate Judge

3